JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RAY, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE<br>COMPANY, et al.,<br>    Defendants. | CV 19-4922 DSF (MAAx)<br><br>JUDGMENT |

The Court having granted a motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: August 28, 2020

Dale S. Fischer
United States District Judge